IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02034-WYD-MJW

THOMAS C. POWIS,

      Plaintiff,

v.

JOHNS MANVILLE,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Stay

Proceedings [doc. #29, filed December 17, 2008].  Plaintiff advises that the parties have

agreed that Plaintiff will apply for benefits under Defendant's Separation Pay Plan and

exhaust his administrative remedies.  Plaintiff asks the Court to stay, rather than

dismiss, the proceedings in order to avoid additional attorney's fees and costs to re-file

the case should he be denied benefits under the Separation Pay Plan.

The Court, having considered the Motion and being fully advised in the premises

therein, finds that rather than leaving this case open for a lengthy period of time pending

Plaintiff's exhaustion of administrative remedies, this case should be administratively

closed pursuant to D.C.COLO.LCivR 41.2.  *See Quinn v. CGR*, 828 F.2d 1463, 1465 &

n.2 (10th Cir. 1987) (construing administrative closure as the practical equivalent of a

stay).  The case may be reopened for good cause shown, which shall include any

further court proceedings the parties deem necessary after the exhaustion of

administrative remedies.  In conclusion, it is

ORDERED that Plaintiff's Unopposed Motion to Stay Proceedings [doc. #29, filed December 17, 2008] is **GRANTED in part and DENIED in part**.  It is denied to the extent it seeks stay in the case but granted to the extent the Court has used the Motion to order an administrative closure.  It is

FURTHER ORDERED that this case shall be **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, to be reopened for good cause shown.

Dated:  December 23, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge